# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARE MONROE GRANT,<br><br>       Plaintiff,<br><br>  v.<br><br>J. LEWIS, et al.,<br><br>       Defendants. | **Case No. 1:16-cv-00424-LJO-SKO (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DISMISSAL/WAIVER OF COURT FEES**<br><br>**(Doc. 33)** |

Plaintiff, Travare Monore Grant, is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. When this action was initiated, Plaintiff requested and was permitted to proceed *in forma pauperis*. (Doc. 13.) On November 13, 2017, the action was dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. (Doc. 20.) On October 18, 2018, Plaintiff filed a motion requesting that the Court not deduct any further monies from his monthly income toward his fees in this case and two other cases.[1] (Doc. 33.) Plaintiff's contends that court fees for his civil actions were to be waived because he showed proof of indigency. (*Id.*) Plaintiff's understanding of the effect of being granted *in forma pauperis* status is incorrect.

A party instituting a civil action is required to pay a filing fee of $350. 28 U.S.C. § 1914. A party who cannot afford to pay that amount in a lump sum, may apply for *in forma pauperis* status under 28 U.S.C. § 1915 which states:

---

[1] This Court declines to address Plaintiff's motion in his other cases as they will be addressed by the assigned judges, if he chooses to file a motion in those cases as well. Plaintiff is reminded that listing multiple case numbers on a document submitted does not equate to a separate filing in each of those actions.

(b)(1) . . . if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of --

    (A) the average monthly deposits to the prisoner's account; or

    (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

(2) After the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915 (b)(1)(A),(B). *In forma pauperis* status does not waive the filing fee for incarcerated/detained plaintiffs; it instead allows such persons to make payments on the filing fee until it is paid in full.

    Plaintiff's incarceration and *in forma pauperis* status require monthly withdrawals from his inmate trust account when plaintiff receives funds, for payments on his filing fees for this action and any other civil actions previously filed by Plaintiff, or actions he may pursue in the future. These withdrawals will continue until the filing fees in all of Plaintiff's civil actions are paid in full, regardless of whether his civil actions are pending or have been dismissed and closed.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for dismissal or waiver of fees in this action, filed on October 18, 2018, (Doc. 33), is DENIED.

IT IS SO ORDERED.

Dated:   **October 24, 2018**          /s/ *Sheila K. Oberto*

                                    UNITED STATES MAGISTRATE JUDGE